# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| vs. | * | Case No. 1:21-mj-00377-RMM-1 |
| | * | |
| ESTHER SCHWEMMER, | * | |
| Defendant | * | |
| | * | |

ooOoo

### ENTRY OF APPEARANCE

Please enter my appearance on behalf of Defendant, Esther Schwemmer, as counsel appointed under the Criminal Justice Act, 18 U.S.C. § 3006A.

Respectfully submitted,

/s/ *Carmen D. Hernandez*
**Carmen D. Hernandez**
Bar No. MD 03366
7166 Mink Hollow Rd
Highland, MD 20777
240-472-3391
chernan7@aol.com

### CERTIFICATE OF SERVICE

I hereby certify that the instant notice was served on all counsel of record this 10th day of May, 2021 on all counsel of record via ECF.

/s/ *Carmen D. Hernandez*
**Carmen D. Hernandez**