AO 442 (Rev 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Esther Schwemmer | ) Case: 1:21-mj-00377<br>) Assigned To : Meriweather, Robin M.<br>) Assign. Date : 4/15/2021<br>) Description: COMPLAINT W/ ARREST WARRANT<br>)<br>) |
| *Defendant* | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*                                              Esther Schwemmer                                              .
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment          ☐ Superseding Indictment          ☐ Information          ☐ Superseding Information          ☒ Complaint

☐ Probation Violation Petition          ☐ Supervised Release Violation Petition          ☐ Violation Notice          ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
18 U.S.C. § 1752(a)(2) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority:
40 U.S.C. §§ 5104(e)(2)(D) and (G) - Violent Entry and Disorderly Conduct on Capitol Grounds.

Date:    04/15/2021                                                  *Issuing officer's signature*

City and state:          Washington, D.C.                    Robin M. Meriweather, U.S. Magistrate
                                                                                      Judge          *Printed name and title*

---

### Return

This warrant was received on *(date)* 04/15/2021 , and the person was arrested on *(date)* 04/23/2021
at *(city and state)* Kansas City, Kansas.

Date: 04/23/2021                                            *Arresting officer's signature*

Thomas L. Hoegler
*Printed name and title*