### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** * | |
| * | |
| vs.             * | Case No. 1:21-cr-00364-DLF-1 |
| * | |
| **ESTHER SCHWEMMER,** * | |
| **Defendant** * | |
| * | |

**ooOoo**

### MOTION TO CONTINUE HEARING

Esther Schwemmer, by her undersigned counsel, hereby respectfully moves to continue the hearing scheduled for two weeks to September 21, 2021 to provide additional time for her to consider the plea agreement offered by the United States and resolve some concerns. Both counsel are available on that date. Despite due diligence a short continuance is necessary to resolve some issues that remain. The additional time is likely to result in a non-trial resolution of the case, which will preserve judicial resources and further the interests of Ms. Schwemmer and the public. Accordingly, the "ends of justice outweigh the best interest of the public and the defendant in a speedy trial" in order to allow the defendant additional time to consider the plea agreement. 18 U.S.C. § 3161(h)(7)(A).

    Respectfully submitted,

    /s/ *Carmen D. Hernandez*
    **Carmen D. Hernandez**
    Bar No. MD 03366
    7166 Mink Hollow Rd
    Highland, MD 20777
    240-472-3391
    chernan7@aol.com

## CERTIFICATE OF SERVICE

I hereby certify that the instant notice was served on all counsel of record this 9th day of September, 2021 on all counsel of record via ECF.

/s/ Carmen D. Hernandez
**Carmen D. Hernandez**