[redacted] Street
Leavenworth, KS 66048

Judge Friedrich,

Eleven years ago when my husband of over thirty years passed away, I had a friend who quietly stepped in and helped me through this most difficult time by providing a shoulder to cry on, assistance with sorting and disposing of his things, meals when I didn't have the energy to cook, and comforting words from the Bible.

Esther Schwemmer is a strong woman who had a less than desirable childhood growing up in Germany under a strict and abusive father. As a young woman she married an American Soldier and together they had a family. As an Army wife she made many sacrifices. Her husband brought her to the U.S. and she worked hard to learn the language, the customs, and the work ethic to succeed. She put herself through cosmetology school and had a long successful career. Many people in our community were sad when she recently retired.

When the time was right, she studied hard and took the test to become a U. S. citizen. That was one of her proudest days. She is a fiercely loyal friend and advocate for those that cannot protect themselves - homeless people, friends in crisis, and animals that need caring and love.

Many years ago Esther started a soup kitchen through her local church and devoted countless hours to shopping, planning, cooking, and serving those less fortunate in our community.

Esther is a wonderful wife, a loving mother, a sister to many, and a true friend to the small circle of those of us lucky enough to be part of her life.

Cynthia Keefer Patton
Lt. Col. (Retired), U.S. Army