Christine Malkemes
[redacted]
Poinciana, Florida 34759
[redacted]@gmail.com

October 27, 2021

Subject: Character Reference for Esther Schwemmer

TO WHOM IT MAY CONCERN

I have been asked to provide a character reference on Esther Schwemmer.

I am a retired Army officer, a teaching pastor/writer in Florida, and a Vietnam era veteran. I've lived in Leavenworth up until my retirement.

Esther is my best friend. We have a two-decade relationship that isn't affected by our geographical locations. We have made a covenant to meet each other once or twice a year and we've kept that agreement.

Although Esther has very few friends, she is loyal and trustworthy to them. She has an incredible amount of energy and enjoys her friends and family.

Esther can be trusted to do what she's promised to do and is always on time. She works hard to get things done. Where I might think the job is done, she will discover my blind spots and help me finish the mission.

Esther is her mother's daughter. When her mother was a teen-ager, she almost became victim to Hitler's "Final Solution to rid the world of Jews." The Catholic Church in Germany helped them before her family was herded into a concentration camp. Her mother taught her the value of helping others with empathy and sympathy.

A case in point, Esther founded and operated a soup kitchen in downtown Leavenworth. If the St. Mary's University could not provide food, she purchased it herself and cooked it before she would see anyone go hungry. We teamed together to consistently feed the homeless, helpless, and less fortunate.

Esther can be trusted to show-up in large and small ways. If I need anything, Esther is right there to meet the need.

Honestly, many people have a desire to make a difference in the world, yet there very few who will get their hands dirty doing it. If you want to get something done, and done right, then Esther is the person to call.

Lawyer Carmen D. Hernandez
October 27, 2021
Page 2

Esther is loyal to her adopted country.

She married her husband with a German/English Dictionary in hand. Today, she reads and writes as well as any American born citizen. Her adopted country wanted what's right for her and she owes her allegiance to the United States of America.

The Esther I know, and trust dearly, is one of a kind.

Sincerely,


Christine Malkemes
Major, U.S. Army (Retired)