November 17, 2021

Judge Friedrich:

My wife Diane and I have know Esther, and her husband Kent for some twenty odd years, fifteen of those years as next door neighbors. During these years we have shared a number of events such as: our children becoming adults, marriages, etc.. We also shared many meals, evening drinks on the patio, and of course many conversations over the fence and family get togethers. Esther and Kent are very strong in their religious faith and were participants in volunteer work with their church and communitiy.

Esther is very dedicated to her friends and family. Both she and Kent have a very strong work ethic and have often offered to help with various projects that I had undertaken.

I would suggest that Esther is a very passionate person in life and as sometimes happens to all of us, can have a lapse in judgement. Esther is an outstanding person. An outstanding citizen, and would never intentionally break the law.

The only downside to Esther (also Kent) is they are Green Bay fans in Kansas City Chiefs country!

Sincerely,

*Larry L. Owens*
Larry L. Owens