Máire Whipple
[redacted]
Leavenworth, KS 66048
913 [redacted] cell
[redacted]@gmail.com

October 26th, 2021

Your Honor,

I was born and raised in Ireland. I am a Registered Nurse and have worked in Ireland, UK, Saudi Arabia, and the USA.  In December 1999 our family moved to Fort Leavenworth, which was to be our final duty station. We are currently retired from the US Military and living in Leavenworth County.

I have known Esther Schwemmer since 2002 when she became my Hair Stylist. Over the years of sitting in her 'salon chair' we became fast friends. We had many things in common, we were fellow Europeans, our husbands were in the US Military, and as couples we enjoyed day trips on our motorbikes. We both like to travel within the US and afar, when she and her husband travelled to Ireland a few years back, we had fun planning their itinerary.

Esther is a loyal, trustworthy friend, and passionate about the truth. I would like to share a story that illustrates how passionate she is. We both had read the Twilight Saga series and were excited to watch each of the movies as they came to the theatre. In the final installment the ending had a twist that was not in the book. Esther, shocked by this change to the beloved series, got up and left the theatre just before the movie backtracked the entire ending. We had such a great laugh afterwards.

I know that Esther has pled guilty to her crime. I feel that she got caught up in the emotions of the moment and did something not indicative of her to go that far.


Yours Respectively,
Máire Whipple