UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| v. | * | **Case No.  1:21-cr-00364-DLF** |
| | * | |
| **ESTHER SCHWEMMER,** | * | |
| Defendant | * | |

### NOTICE OF FILING ALLOCUTION STATEMENT FOR SENTENCING

Esther Schwemmer hereby submits the attached Allocution Statement for consideration by the Court at her upcoming sentencing.

Respectfully submitted,

/s/ *Carmen D. Hernandez*

**Carmen D. Hernandez**
Bar No. MD 03366
7166 Mink Hollow Rd
Highland, MD 20777
240-472-3391

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the instant Notice was served via email on counsel of record and stand-by counsel on January 7, 2022.

/s/ *Carmen D. Hernandez*

**Carmen D. Hernandez**