Your Honor,

    I appreciate this opportunity to address the court prior to my sentencing.

    Let me start by telling the Court that I deeply regret and apologize to the Capitol Police and members of Congress and the employees at the Congress for what they must have endured on that day and its lasting impact. I regret the loss of life, the fear members of Congress must have felt, and law enforcement working that day. While I did not personally damage any property or injure anyone, I realize my presence that day added to the chaos that caused death, physical injury and emotional distress to others.

    Your honor, I can promise you that you will never see me committing another offense for the rest of my life. I am an honest hardworking American who came to America from Germany at 24 years of age. Neither my daughter nor I spoke English and we learned together with my soldier husband habitually gone. I have accepted this country as mine and assimilated into our society.

    I made a stupid choice on 6 January walking in the Capitol. That choice I will carry for the rest of my life. If I could turn back time, I would have stayed in Kansas and gone hiking in the country. I've taught my daughter right from wrong and until January 6th, I have always set that example. I will forever be impacted by Jan 6th not just by my personal actions, but also by the actions of others. I accept full responsibility for my actions.

    I've long supported my local community. I ran a local church soup kitchen ministering to the poor, invested in our youth through a Church, and performed years of faith based ministry to the motorcycle community. These were supported by me both financially and with my personal time.

    The FBI knocking on my door in January was a frightening experience, as was being arrested. When my arrest became public knowledge I feared what might happen as we live in a small town where I am known by many through my career as a hair dresser. Many who I considered a friend or client look the other way when meeting on the street or in the store. Subsequently and still true today, I dread going out in public. Recently I determined that I needed to search out professional help for my mental well being and am currently being treated.

    In addition to my personal anguish, I regret the impact on my daughter and husband of 37 years who has served faithfully as a career soldier and now as a Department of Defense civilian. He has transitioned us to full time RV'ing, setting up residency in South Dakota, to travel around this beautiful country. And now we don't know what we will do when our lease expires in April 2022. I have spent 28 years in America with only a single speeding ticket 20 years ago and I can promise you that there is zero chance of recidivism. I wish only to disappear into obscurity for the remainder of my years. I'm determined to stay away from politics and work on trying to make amends for my conduct on January 6th. I am deeply sorry that what started out as an act of patriotism on my part ended up so wrong.

    Thank you,
*Esther Schwemmer*